IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**                          3:90-CR- 00154-RE-1

               Plaintiff,                          **OPINION AND ORDER**

        v.

**CESAR CAZAREZ-PAYAN,**

           Defendant.

**REDDEN**, Judge:

    Defendant Cesar Cazarez-Payan moves to modify an imposed sentence. Cr. 343.  He argues that he was unlawfully sentenced to 328 months imprisonment on Count 1 when the maximum sentence was 20 years (240 months). Def' Motion, p..8.

    Defendant's Motion is actually a *habeas* claim under 28 U.S.C. § 2255.  *See Lorentsen v. Hood,* 223 F.3d 950, 953 (9th Cir. 2000); *Tripati v. Henman,* 843 F.2d 1160, 1162 (9th Cir. 1988). This is defendant's sixth motion attacking his conviction. Cr. 145, 158, 263, 321, 331. This

1  - OPINION AND ORDER

court lacks jurisdiction to consider this Motion because defendant failed to obtain prior

certification from the court of appeals as required by 28 U.S.C. § 2244(b)(3).

Defendant's Motion (Cr. 343) is dismissed without prejudice.

IT IS SO ORDERED

Dated this ___/___ day of January, 2013.

James A. Redden
United States District Judge

2  - OPINION AND ORDER